United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **FRANCISCO DANILO OBANDO REYES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-08923** |
| | § | |
| **DAVID J VENTURELLA, MARKWAYNE MULLIN, U.S DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE and WARDEN OF JOE CORLEY PROCESSING CENTER,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER OF DISMISSAL

Francisco Danilo Obando Reyes filed a petition for writ of habeas corpus on October 9, 2026. (Dkt. No. 1). This Court ordered the Respondents to Show Cause why the petition should not be granted on October 13, 2026. (Dkt. No. 3). Respondents filed a Motion for Summary Judgment. (Dkt. No. 4). After filing the Motion for Summary Judgment, however, the Respondents advised the Court that Obando Reyes was removed from the United States on November 12, 2026, following his agreement to voluntarily depart the country. (Dkt. No. 5 at 1).

Obando Reyes is no longer in the custody of Respondents. "Because [he] has been removed from this country, the relief requested cannot be granted." *Hernandez Cerrato v. Sanchez*, No. 26-40091, 2026 WL 2101847, at *1 (5th Cir. July 21, 2026) (unpublished).

The case is therefore **DISMISSED as moot**.

Signed on November 23, 2026.

Drew B Tipton

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE